UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHRIS BRUNO

KIMBERLY BRUNO

      Plaintiff,

V.                                                                    CIVIL ACTION NO
                                                1:14-cv-03416-WDQ

UNITED RECOVERY SYSTEMS, LP


Defendant.                                                   DECEMBER 3, 2014

<u>NOTICE OF DISSMISSAL</u>

The plaintiffs through their attorney Bernard T. Kennedy stipulate that the claims

in the above-entitled action shall be dismissed.




                                        THE PLAINTIFFS

                                        BY<u>/S/Bernard T. Kennedy</u>
                                        Bernard T. Kennedy, Esq.
                                        The Kennedy Law Firm
                                        34 Rogers Street, Suite A
                                        Blairsville, GA 30512
                                        Phone 706-400-2650
                                        bernardtkennedy@yahoo.com

<u>*CERTIFICATION*</u>

I hereby certify that on 12/3/14 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY<u>/S/Bernard T. Kennedy</u>