UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHRIS BRUNO

KIMBERLY BRUNO

      Plaintiff,

V.                                                                                  CIVIL ACTION NO
                                                                                    1:14-cv-03416-WDQ
UNITED RECOVERY SYSTEMS, LP


Defendant.                                                              DECEMBER 3, 2014

## NOTICE OF DISSMISSAL

The plaintiffs through their attorney Bernard T. Kennedy stipulate that the claims in the above-entitled action shall be dismissed.

THE PLAINTIFFS

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esq.
The Kennedy Law Firm
34 Rogers Street, Suite A
Blairsville, GA 30512
Phone 706-400-2650
bernardtkennedy@yahoo.com

"APPROVED"
12/3/14
Date

William D. Quarles, Jr.
United States District Judge